# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Darlene R. Esposito v. Commissioner of Internal Revenue

No. 17-1730

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se ☒ As counsel for: Commissioner of Internal Revenue
Name of party

I am, or the party I represent is (select one):

☐ Petitioner ☐ Respondent ☐ Amicus curiae ☐ Cross Appellant

☐ Appellant ☒ Appellee ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant ☐ Respondent or appellee

---

Name: Rachel I. Wollitzer (lead counsel)
Law Firm: U.S. Department of Justice, Tax Division, Appellate Section
Address: P.O. Box 502
City, State and Zip: Washington, D.C. 20044
Telephone: (202) 514-6707
Fax #: (202) 514-8456
E-mail address: rachel.i.wollitzer@usdoj.gov; appellate.taxcivil@usdoj.gov

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing ________________ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): ________

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date April 26, 2017 Signature of pro se or counsel /s/ Rachel I. Wollitzer

cc: Darlene R. Esposito

Reset Fields